IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARIO GUZZO,** | : | **Civil No. 1:19-cv-1608** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **ALLEN DISTRIBUTION,** | : | |
| | : | |
| **Defendant.** | : | **Judge Sylvia H. Rambo** |

# O R D E R

Before the court is Defendant's Motion to Dismiss Count IV of the Amended
Complaint filed by Defendant Allen Distribution ("Defendant"). (Doc. 10.) For the
reasons outlined in the accompanying memorandum, the motion is hereby
**GRANTED**. Count IV of Plaintiff's complaint is hereby **DISMISSED,
WITHOUT PREJUDICE**. Plaintiff is **GRANTED** 21 days leave to file an
amended complaint restating Count IV with additional facts, if he has a good-faith
basis for doing so.

*/s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge

Dated: August 13, 2020